UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUNG SON DINH (4),<br><br>　　　　　　Defendant. | Case No. 11CR2513-AJB<br><br>ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment charging Defendant Hung Son Dinh with one count of Conspiracy, in violation of Title 18, United States Code, Section 371, ten counts of Transmission of Wagering Information, in violation of Title 18, United States Code, Section 1084(a), one count of Prohibition of Illegal Gambling Business, in violation of Title 18, United States Code, Section 1955, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2, be dismissed without prejudice and in the interest of justice.

IT IS SO ORDERED.

DATED: April 22, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge